**United States District Court**
For the Northern District of California

1

2

3   IN THE UNITED STATES DISTRICT COURT

4   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   In re JAMES POTTER,                    No. C 12-05901 YGR (PR)

7                                          **ORDER OF DISMISSAL WITHOUT
                                           PREJUDICE**

8   _____/

9

10          In a notice dated November 19, 2012, the Clerk of the Court directed Plaintiff to complete a

11  civil rights complaint form and an *in forma pauperis* (IFP) application, and told him that he must

12  complete these documents within thirty days or his action would be dismissed.  The Clerk sent

13  Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

14          More than thirty days have passed, and Plaintiff has not filed the necessary documents or

15  otherwise communicated with the Court.

16          Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall enter

17  judgment and close the file.

18          IT IS SO ORDERED.

19  DATED: February 13, 2013                _____
                                           **YVONNE GONZALEZ ROGERS**
20                                         **UNITED STATES DISTRICT COURT JUDGE**

21

22

23

24

25

26

27

28

G:\PRO-SE\YGR\CR.12\Potter5901.dismiss(noCOMPL&noIFP).wpd